UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT P. PENTON** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: |
| | * | |
| **DAIGLE TOWING SERVICE, LLC   AND** | * | SECTION: |
| **ALBERT & JUDY LLC** | * | |
| | * | MAGISTRATE: |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SEAMAN'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes complainant, **ROBERT P. PENTON,** a person of full legal age and a citizen and domiciliary of Mississippi. Complainant avers the following:

### I.

Made party defendants herein are **DAIGLE TOWING SERVICE, LLC,** a Louisiana Corporation with its principal place of business in Belle Chasse, Louisiana and **ALBERT & JUDY, LLC,** a Louisiana Corporation with its principal place of business in Belle Chasse, Louisiana.

### II.

On or about December 6, 2011, **ROBERT PENTON** was employed by defendants as a 3rd Captain.

**III.**

On or about December 6, 2011, complainant was caused injuries to his thoracic spine, lumbar spine and cervical spine while attempting to pull a starboard cable from the winch, when without warning it jammed causing him to fall while aboard the *M/V Baroid*.

**IV.**

At all material times herein the *M/V Baroid* was owned, operated and controlled by defendants.

**V.**

A proximate cause of the accident herein was the negligence attributable to defendants in failing to furnish complainant a safe place to work.  A proximate cause of the accident and injuries herein was the unseaworthy condition of the *M/V Baroid.*

**VII.**

As a result of said accident complainant severely injured his thoracic spine, lumbar spine cervical spine and mind, thereby entitling complainant to collect damages for past and future mental and physical pain and suffering, past and future lost wages, loss of enjoyment of life, past and future medical expenses, found, and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendant herein for the full and total sum of FOUR MILLION ($4,000,000.00) DOLLARS. Complainant's accident and injuries occurred while in the service of the vessel, entitling complainant to maintenance and cure, and punitive damages, compensatory damages and attorney fees if the appropriate maintenance and cure benefits are not furnished.

**WHEREFORE**, complainant, **ROBERT PENTON**, demands judgment against the defendants herein for the full and total sum of FOUR MILLION ($4,000,000.00) DOLLARS, altogether with legal interest thereon from the date of the accident herein until paid, for all other claims pled herein, for all costs of these proceedings and all appropriate, general and equitable relief.

    Respectfully submitted,
    DISCON LAW FIRM

    S/ THOMAS M. DISCON
    THOMAS M. DISCON, T.A. #14219
    424 N. Causeway Boulevard, Ste. A
    Mandeville, Louisiana 70448
    Telephone: (985) 674-9748
    E-mail: tdiscon@aol.com
    Attorney for Complainant

**PLEASE SERVE:**
**DAIGLE TOWING SERVICE, LLC**
**THROUGH REGISTERED AGENT FOR PROCESS:**
**FRANCIS J. LOBRANO**
**12242 HWY 23**
**BELLE CHASSE, LA 70037**

**ALBERT & JUDY, LLC**
**THROUGH REGISTERED AGENT FOR PROCESS:**
**FRANCIS J. LOBRANO**
**12242 HWY 23**
**BELLE CHASSE, LA 70037**