UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT PENTON | * | CIVIL ACTION NO.: 2:12-CV-0799 |
| | * | |
| VERSUS | * | SECTION "R" |
| | * | CHIEF JUDGE SARAH VANCE |
| DAIGLE TOWING SERVICE, LLC | * | |
| ALBERT & JUDY, LLC | * | |
| | * | MAGISTRATE (4) |
| * * * * * * | * | JUDGE KAREN WELLS ROBY |

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

    **BEFORE ME**, personally came and appeared:

### JACK R. HOYLE

who, upon first being duly sworn, avers as follows:

1) My full name is Jack R. Hoyle. I am a person of full age and majority and I have personal knowledge of the information set forth in this affidavit.

2) I am an independent adjuster. When Daigle Towing Service, LLC notified its underwriters that Robert Penton claimed to be injured, I was appointed to investigate Mr. Penton's claims and to assume payment of maintenance and cure to Mr. Penton.

3) I received the assignment relative to the claims of Robert Penton on December 29, 2012.

4) I have been directing payment of maintenance and cure to Mr. Penton since receipt of this assignment. A spreadsheet itemizing payments made to Mr. Penton is attached as Exhibit "A." I updated this spreadsheet at or near the time payments are made in the ordinary course of business to itemize what has been paid, to whom, and when.

5) I have been in communication with counsel for Mr. Penton, Thomas Discon, and other individuals in Mr. Discon's office, regarding this claim. The subjects of our discussion have included the facts and circumstances of the plaintiff's alleged accident and injuries; and payment of maintenance and cure.

6) I have been acting as a representative of Albert & Judy, LLC and Daigle Towing Service, LLC relative to the claim of Robert Penton.



7)  On May 9, 2012, I learned the plaintiff filed suit on March 26, 2012. In my experience, it is customary for plaintiff's counsel to inform me when suit has been filed and to provide me with a copy of that suit. I am typically authorized to waive formal service on behalf of a vessel owner.

8)  I communicated with Mr. Penton's counsel's office regularly before and after March 26, 2012, the date suit was filed, continuing until May 9, 2012. At no point did Mr. Penton's counsel's office inform me that suit had been filed.

9)  Correspondence dated December 29, 2011, January 17, 2012, January 30, 2012 and March 29, 2012, which I sent to Mr. Discon's office, is attached as Exhibit "B." The attachments are true and accurate copies of the correspondence I sent.

10) On May 9, 2012, when I was speaking over the telephone with Mr. Penton's counsel's paralegal regarding Mr. Penton's medical care, I learned Mr. Penton had filed suit against Albert & Judy, LLC and Daigle Towing Service, LLC. Prior to this point, I had not been informed that Mr. Penton had filed suit. I believe her disclosure that suit had been filed was inadvertent based on her tone and timing.

11) I then checked the court record and learned Mr. Penton had filed a motion for entry of default against Albert & Judy on May 4, 2012 and this Court granted the motion for entry of default on May 7, 2012.

12) Immediately after learning both suit and a motion for entry of default had been filed, I enlisted the assistance of defense counsel.

13) I also contacted Mr. Albert Daigle, a principal of Albert & Judy, LLC and Daigle Towing Service, LLC, who confirmed that he had received legal documents, but he did not review them because he thought they had been sent through my office. It is my practice to send a copy of everything I receive to the vessel owner.

14) If Mr. Penton's counsel had informed me that suit had been filed, I would have enlisted the assistance of defense counsel at that point and ensured responsive pleadings were filed timely.

BY: _____
JACK R. HOYLE

Date: 5/10/2012

Sworn and subscribed before me, this ___ day of _____, 2012

_____
NOTARY PUBLIC

HARRY E. MORSE, Notary Public
Louisiana Bar No. 31515
Notary No: 90818
Duncan & Sevin, L.L.C.
400 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
My Commission is for Life.

2

**J.R. Hoyle and Associates, Ltd.**
**General Trust Ledger**

| Date: | Check # | Claimant: | Payment made for: | Type: | Total Maintenance: | Total Cure: | Total Adv/Oth: | Total Payments: |
|---|---|---|---|---|---|---|---|---|
| | | | Previous Totals: | | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/12/12 | Deposit | Penton, Robert | Deposit to Trust | Dep | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/17/12 | 18381 | Penton, Robert | Fr. Daigle Towing Service | M | $1,555.00 | | | $1,555.00 |
| 01/24/12 | 18395 | Penton, Robert | 12/06/11-1/31/12 | C | | $1,555.00 | | $1,555.00 |
| 01/24/12 | 18396 | Penton, Robert | Ochsner Medical Center D/S 12/06/11 (Physician) | C | | $155.00 | | $155.00 |
| 01/24/12 | 18396 | Penton, Robert | Ochsner Medical Center | C | | $1,710.00 | | $1,710.00 |
| 01/24/12 | 18397 | Penton, Robert | D/S 12/06/11 (Hospital) | C | | $448.80 | | $448.80 |
| 01/24/12 | 18397 | Penton, Robert | Stand-Up Open MRI Centers of LA D/S 1/04/12 | C | | $603.80 | | $2,158.80 |
| 01/24/12 | 18398 | Penton, Robert | Injured Workers Pharmacy D/S 1/06/12 | C | | $1,400.00 | | $1,400.00 |
| 01/24/12 | 18398 | Penton, Robert | | C | | $2,003.80 | | $3,558.80 |
| 01/24/12 | 18399 | Penton, Robert | Advanced Medical Care D/S 12/07/11-1/20/12 | C | | $174.14 | | $174.14 |
| 01/24/12 | 18399 | Penton, Robert | | C | | $2,825.00 | | $2,825.00 |
| 01/30/12 | 18415 | Penton, Robert | Robert Penton | O | | $5,002.94 | | $6,557.94 |
| 02/08/12 | 18435 | Penton, Robert | 5 days end-of-voyage wages | C | | | $890.00 | $890.00 |
| 02/08/12 | 18435 | Penton, Robert | Stand-Up Open MRI Centers of LA D/S 1/27/12 (fee schedule) | C | | $976.00 | | $976.00 |
| 02/08/12 | 18436 | Penton, Robert | Sumrall's Pharmacy D/S 2/03/12 | C | | $203.39 | | $203.39 |
| 02/08/12 | 18437 | Penton, Robert | Injured Workers Pharmacy D/S 1/20/12 | C | | $1,179.39 | | $2,069.39 |
| 02/08/12 | 18437 | Penton, Robert | | C | | $165.96 | | $165.96 |
| 02/08/12 | 18438 | Penton, Robert | Advanced Medical Care D/S 1/24/12 | C | | $1,345.35 | | $2,235.35 |
| 02/13/12 | 18450 | Penton, Robert | Maintenance 2/01-15/12 | M | $179.00 | | | $179.00 |
| 02/13/12 | 18450 | Penton, Robert | | M | $1,524.35 | | | $2,414.35 |
| 02/13/12 | 18456 | Penton, Robert | Robert Penton | C | $750.00 | | | $750.00 |
| 02/27/12 | 18479 | Penton, Robert | D/S 12/07/11-1/27/12 (Mileage Reimb.) | M | $750.00 | | | $3,164.35 |
| 02/27/12 | 18479 | Penton, Robert | Maintenance 2/16-29/12 | M | $700.00 | $213.00 | | $213.00 |
| 02/28/12 | 18489 | Penton, Robert | Stand-Up Open MRI Centers of LA D/S 2/13/12 (fee schedule) | C | | $1,737.35 | | $3,377.35 |
| | | | | | $700.00 | | | $700.00 |
| | | | | C | | $1,046.00 | | $4,077.35 |
| **Date:** | **Check #** | **Claimant:** | **Payment made for:** | **Type:** | **Total Maintenance:** | **Total Cure:** | **Total Adv/Oth:** | **Total Payments:** |
| | | | Previous Totals: | | $1,450.00 | $2,783.35 | $890.00 | $5,123.35 |
| 03/12/12 | 18522 | Penton, Robert | Maintenance 3/01-15/12 | M | $750.00 | | | $750.00 |
| 03/20/12 | 18541 | Penton, Robert | Surgical Spine Specialist | C | $2,200.00 | | | $5,873.35 |
| 03/20/12 | 18544 | Penton, Robert | D/S 3/01/12 Sumrall's Pharmacy | C | | $169.00 | | $169.00 |
| 03/20/12 | 18544 | Penton, Robert | D/S 3/15/12 | C | | $2,952.35 | | $6,042.35 |
| 03/28/12 | 18567 | Penton, Robert | Maintenance 3/16-31/12 | M | $800.00 | $27.90 | | $27.90 |
| 04/03/12 | 18577 | Penton, Robert | Sumrall's Pharmacy | C | $3,000.00 | $2,980.25 | | $800.00 |
| | | | | | | $51.31 | | $827.90 |
| | | | | | | | | $51.31 |


EXHIBIT A

**J.R. Hoyle and Associates, Ltd.**
*General Trust Ledger*

| Date | Check # | Claimant | Payment made for: | Type | Total Maintenance: | Total Cure: | Total Adv/Oth: | Total Payments: |
|---|---|---|---|---|---|---|---|---|
| | | | Previous Totals: | | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/03/12 | 18578 | Penton, Robert | D/S 3/23/12, 3/29/12 | C | | $3,031.56 | | $879.21 |
| 04/03/12 | 18578 | Penton, Robert | Surgical Spine Specialist | C | | $362.00 | | $362.00 |
| 04/11/12 | | | D/S 1/30/13 | | | $3,393.56 | | $1,241.21 |
| 04/11/12 | 18596 | Penton, Robert | Maintenance | M | $750.00 | | | $750.00 |
| 04/12/12 | | | 4/01-15/12 | | $750.00 | | | $750.00 |
| 04/12/12 | 18604 | Penton, Robert | Sumrall's Pharmacy | C | | $20.69 | | $20.69 |
| 04/12/12 | 18605 | Penton, Robert | D/S 4/03/12 | C | | $271.00 | | $770.69 |
| 04/12/12 | 18605 | Penton, Robert | Surgical Spine Specialist | C | | $291.69 | | $271.00 |
| 04/19/12 | | | D/S 3/29/12 | | | | | $1,041.69 |
| 04/19/12 | 18619 | Penton, Robert | Novare | O | | | $500.00 | $500.00 |
| 04/19/12 | 18620 | Penton, Robert | D/S 4/16/12 (audit fee) | O | | | $500.00 | $1,541.69 |
| 04/19/12 | 18620 | Penton, Robert | Surgical Spine Specialist | C | | $169.00 | | $169.00 |
| 04/23/12 | | | D/S 4/11/12 | | | $460.69 | | $1,710.69 |
| 04/23/12 | 18635 | Penton, Robert | Sumrall's Pharmacy | C | | $20.69 | | $20.69 |
| 04/26/12 | | | D/S 4/18/12 | | | $481.38 | | $1,731.38 |
| 04/26/12 | 18646 | Penton, Robert | Maintenance | M | $750.00 | | | $750.00 |
| 05/08/12 | | | 4/16-30/12 | | $1,500.00 | | | $2,481.38 |
| 05/08/12 | 18679 | Penton, Robert | Sumrall's Pharmacy | C | | $36.31 | | $36.31 |
| | | | D/S 4/24/12-5/01/12 | | | $517.69 | | $2,517.69 |
| | | | Payment made for: | Type | Total Maintenance: | Total Cure: | Total Adv/Oth: | Total Payments: |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 |

# JR Hoyle & Associates, Ltd.

Marine & Casualty Insurance Claim Services

Office: 504/885-8600 • Toll Free: 1-800-299-8991
E-mail: HoyleLtd@bellsouth.net
Fax: 504/885-8655

29 December, 2011

<u>**Via Facsimile (985) 674-9749**</u>
Thomas M. Discon
Discon Law Firm, LLC
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448

| | |
|---|---|
| **Insured:** | **Albert & Judy** |
| **Claimant:** | **Robert Penton** |
| **M/V:** | **Baroid 1-11** |
| **D/A:** | **12/06/11** |
| **Our File:** | **11-2050** |

Dear Tom:

As we recently discussed, I have been appointed by the underwriters for Daigle Marine/Albert & Judy Marine to assist in the investigation and handling of matters involving Robert Penton's alleged accident and injury while serving aboard the M/V Baroid 1-11. I am in receipt of a copy of your letter of 16 December to Daigle Towing Service. Your representation of Mr. Penton is noted and will be respected.

I have spoken with my client and have been assured that maintenance benefits at $35 per day are now being paid. In addition, as requested by your paralegal, and as authorized by my client, I have extended approval for Mr. Penton to undergo the lumbar MRI scan that has been recommended by his physician. I will share with you any MRI readings I may receive in my office, and I ask that you keep me updated with any new medical information you may receive.

Your request for an adjustment in Mr. Penton's maintenance rate is noted. Although I believe that many of the expense items cited in your letter to Daigle Towing Service and your most recent letter to me are not legitimate elements of a mariner's maintenance entitlement, I nevertheless will be discussing this issue in a meeting next week with my client and will be back in contact with you to discuss the future handling of Mr. Penton's claim.

I ask that you direct all further correspondence to my attention. I look forward to the prospect of amicably resolving whatever claims Mr. Penton may have involving his service aboard the M/V Baroid 1-11.

3017 Harvard Avenue, Suite 206 • Metairie, Louisiana 70006

EXHIBIT B

Thomas M. Discon
12/29/11
Page 2 of 2

Sincerely yours,

JR HOYLE & ASSOCIATES, LTD.

Jack R. Hoyle

JRH/lv
cc: Tanya Rose – Osprey Underwriting Agency - ***Via E-Mail***
 Sandry Andry – USI Southwest - ***Via E-Mail***
 Richard Maher – Price Forbes - ***Via E-Mail***
 Krist Wheland– Trident Marine Managers - ***Via E-Mail***
 Albert Daigle – Albert & Judy – ***Via Facsimile 391-2770***

# JR Hoyle & Associates, Ltd.

*Marine & Casualty Insurance Claim Services*

Office: 504/885-8600 • Toll Free: 1-800-299-8991
E-mail: HoyleLtd@bellsouth.net
Fax: 504/885-8655

17 January, 2012

Sandy Mistic
Discon Law Firm, LLC
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448

| | |
|---|---|
| **Insured:** | **Albert & Judy** |
| **Claimant:** | **Robert Penton** |
| **M/V:** | **Baroid 1-11** |
| **D/A:** | **12/06/11** |
| **Our File:** | **11-2050** |

Dear Sandy:

I'm writing as a follow up to our various conversations over the past several days and to confirm that effective immediately all maintenance and cure matters will be managed and paid through my office.

I am attaching a check payable to Mr. Penton which represents payment of maintenance at the rate of $50 a day from 12 January through 31 January. In addition, the check also includes retroactive payments from 6 December 2011 adjusting Mr. Penton's rate to $50 per day. Future maintenance payments will be paid on the 15th and $30^{th}/31^{st}$ of each month. In accordance with your request, all of Mr. Penton's future maintenance benefits will be forwarded to your office. Payments are mailed a few days before the end of each period so you should receive checks by the 15th and the last day of the month.

I would also like to confirm that in the recent past I have extended payment guarantees to the Advanced Medical Care and Wellness Center approving both Mr. Penton's lumbar MRI scan as well as the physical therapy that was recommended for him. In addition, considering Dr. Kurpel's recent recommendation, I have also extended payment guarantees to the North Institute for Mr. Penton to be examined by Dr. Donald Dietze.

Sincerely yours,

Jack R. Hoyle

JRH/lv

# JR Hoyle & Associates, Ltd.

*Marine & Casualty Insurance Claim Services*

Office: 504/885-8600 • Toll Free: 1-800-299-8991
E-mail: HoyleLtd@bellsouth.net
Fax: 504/885-8655

30 January, 2012

Sandy Mistic
Discon Law Firm, LLC
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448

|  |  |
|---|---|
| **Insured:** | **Albert & Judy** |
| **Claimant:** | **Robert Penton** |
| **M/V:** | **Baroid 1-11** |
| **D/A:** | **12/06/11** |
| **Our File:** | **11-2050** |

Dear Sandy:

I'm writing to address the issue of Mr. Penton's claim for end-of-voyage wages. According to my client, Mr. Penton was employed for a five day tour of duty and left the vessel at the end of the second day of duty. It therefore appears that he would have been entitled to five days of end-of-voyage wages.

He was earning gross wages of $250 per day and his payroll records indicate that after deductions his net wage was $228 per day. He has already been paid maintenance at $50 per day. I therefore compute that he is due a net end-of-voyage wage differential of $178 per day for the five days of end-of-voyage wages due.

I am attaching a check payable to Mr. Penton in the amount of $890 which is being offered as full satisfaction of his potential end-of-voyage wage claim.

Sincerely yours,

JR HOYLE & ASSOCIATES, LTD.

Jack R. Hoyle

JRH/lv
Enclosure

# JR Hoyle & Associates, Ltd.

*Marine & Casualty Insurance Claim Services*

Office: 504/885-8600 • Toll Free: 1-800-299-8991
E-mail: HoyleLtd@bellsouth.net
Fax: 504/885-8655

29 March, 2012

**Via E-Mail**
Thomas Discon
Discon Law Firm, LLC
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448

| | |
|---|---|
| Insured: | Albert & Judy |
| Claimant: | Robert Penton |
| M/V: | Baroid 1-11 |
| D/A: | 12/06/11 |
| Our File: | 11-2050 |

Dear Tom:

As Sandy may have informed you, earlier this week I extended payment guarantees for Mr. Penton to commence the facet nerve blocks as recommended by Dr. Dietze at The North Institute.

Maintenance at an appropriate rate has been voluntarily tendered to Mr. Penton. All appropriate cure has been approved, he has been paid end-of-voyage wages, and has been reimbursed for his transportation expenses.

It is my hope that his claim can be amicably handled and resolved in the future. I assume you share that goal, and I therefore would like to ask that I be allowed the privilege of meeting with and interviewing Mr. Penton in your presence at a time and place convenient to you so that I can obtain his account of the events leading up to his reporting his lumbar problems to his employer. I would also like to question him pertaining to any lumbar injuries or illnesses he may have had in the past. It is my hope that allowing me to obtain this information from Mr. Penton at this early stage in his claim will facilitate the ability to amicably resolve whatever claims he may have at an appropriate time in the future.

I look forward to hearing from you in this regard and to working with you and Sandy in the future handling of Mr. Penton's claim.

Sincerely yours,

Jack R. Hoyle

JRH/lv

# JR Hoyle & Associates, Ltd.

*Marine & Casualty Insurance Claim Services*

Office: 504/885-8600 • Toll Free: 1-800-299-8991
E-mail: HoyleLtd@bellsouth.net
Fax: 504/885-8655

29 March, 2012

**_Via Facsimile (985) 871-4130_**
The North Institute
ATTN: Angel
29301 N. Dixie Ranch Road
Lacombe, LA 70445-2290

|  |  |
|---|---|
| Insured: | Albert & Judy |
| Claimant: | Robert Penton |
| D/A: | 12/06/11 |
| Our File: | 11-2050 |

Dear Angel:

I am assisting the employers of Mr. Robert Penton in handling matters pertaining to his reported work place lumbar injury of 6 December 2011.

I am writing to confirm the verbal approval I extended yesterday for The North Institute to provide Mr. Penton with the thoracic nerve blocks as recommended by Dr. Dietze in the reports recently submitted to my office. This payment guarantee is offered with the understanding that the Louisiana Workers' Compensation Fee Schedule will be the guide by which all payments are made.

I invite you to continue to submit all reports and e-mails to my office for review and processing.

Sincerely yours,

JR HOYLE & ASSOCIATES, LTD.

Jack R. Hoyle

JRH/lv
cc: Thomas Discon – Discon Law Firm - **_Via E-Mail_**

Apr-01-04 08:34A                                                                                          P.02

OMB Control No. 2115-0003

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-2692 (Rev. 9-2002) | REPORT OF MARINE ACCIDENT, INJURY OR DEATH | RCS No G-MOA UNIT CASE NUMBER |
|---|---|---|

### SECTION I. GENERAL INFORMATION

| 1. Name of Vessel or Facility | 2. Official No | 3. Nationality | 4. Call Sign | 5. USCG Certificate of inspection issued at |
|---|---|---|---|---|
| Saroid 1-4 | 632797 | USA | WDC3428 | |

| 6. Type (Towing, Freight, Fish, Drill, etc.) | 7. Length | 8. Gross Tons | 9. Year Built | 10. Propulsion (Steam, diesel, gas, turbine..) |
|---|---|---|---|---|
| Towing | 60 | 123 | 1981 | Diesel |

| 11. Hull Material (Steel, Wood..) | 12. Draft (Ft.-In.) FWD / AFT | 13. If Vessel Classed, By Whom; (ABS, LLOYDS, DNV, BV, etc.) | 14. Date (of occurrence) | 15. TIME (Local) |
|---|---|---|---|---|
| Steel | 9' / | | 12-6-11 | 1200 |

16. Location (See instruction No 10A)

17. Estimated Loss of Damage TO

| 18. Name, Address & Telephone No. of Operating Co. | VESSEL | nA |
|---|---|---|
| Daigle Towing Co | CARGO | nA |
| 12242 Hwy 23 | OTHER | nA |
| Belle Chasse, LA 70037 | | |

| 19. Name of Master or Person in Charge | USCG License | 20. Name of Pilot | USCG License | State License |
|---|---|---|---|---|
| Bradford Chappel * CAPTAIN * | YES / NO | Robert Peyton Sr. | YES / NO | YES / NO |

| 19a. Street Address (City, State, Zip Code) | 19b. Telephone Number | 20a. Street Address (City, State, Zip Code) | 20b. Telephone Number |
|---|---|---|---|
| 165 12th St Bridge City | 504-228-4682 | 221-A Jessie Stegner Rd | 985-750-9557 |

### 21. Casualty Elements (Check as many as needed and explain in Block 44)

NO. OF PERSONS ON BOARD   2

- [ ] DEATH - HOW MANY?
- [ ] MISSING - HOW MANY?
- [ ] INJURED - HOW MANY?
- [ ] HAZARDOUS MATERIAL RELEASED OR INVOLVED
  (Identify Substance and amount in Block 44.)
- [ ] OIL SPILL - ESTIMATE AMOUNT
- [ ] CARGO CONTAINER LOST/DAMAGED
- [ ] COLLISION (Identify other vessel or object in Block 44.)
- [ ] GROUNDING
- [ ] WAKE DAMAGE

- [ ] FLOODING; SWAMPING WITHOUT SINKING
- [ ] CAPSIZING (with or without sinking)
- [ ] FOUNDERING OR SINKING
- [ ] HEAVY WEATHER DAMAGE
- [ ] FIRE
- [ ] EXPLOSION
- [ ] COMMERCIAL DIVING CASUALTY
- [ ] ICE DAMAGE
- [ ] DAMAGE TO AIDS TO NAVIGATION
- [ ] STEERING FAILURE
- [ ] MACHINERY OR EQUIPMENT FAILURE
- [ ] ELECTRICAL FAILURE
- [ ] STRUCTURAL FAILURE

- [ ] FIREFIGHTING OR EMERGENCY EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
- [ ] LIFESAVING EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
- [ ] BLOW OUT (Petroleum exporation/production)
- [ ] ALCOHOL INVOLVEMENT (Describe in Block 44.)
- [ ] DRUG INVOLVEMENT (Describe in Block 44.)
- [ ] OTHER (Specify)

### 22. Conditions

A. Sea or River Conditions (wave height, river stage, etc.)

B. WEATHER:
- [ ] CLEAR
- [x] RAIN
- [ ] SNOW
- [ ] FOG
- [ ] OTHER (Specify)

C. TIME:
- [x] DAYLIGHT
- [ ] TWILIGHT
- [ ] NIGHT

D. VISIBILITY:
- [x] GOOD
- [ ] FAIR
- [ ] POOR

E. DISTANCE (miles of visibility) 5 miles
F. AIR TEMPERATURE (F) 37
G. WIND SPEED & DIRECTION 30 NW
H. CURRENT SPEED & DIRECTION

| 23. Navigation Information | SPEED AND COURSE | 24. Last Port Where Bound | 24a. Time and Date of Departure |
|---|---|---|---|
| [ ] MOORED, DOCKED OR FIXED [ ] ANCHORED [ ] UNDERWAY OR DRIFTING | | Algiers Canal / United Tugs Dock | 630/12-6-11 |

| 25. FOR TOWING ONLY | 25a. NUMBER OF VESSELS TOWED | Empty | Loaded | Total | 25b. APP TOTAL HP OF TOWING UNITS | 25c. MAXIMUM SIZE OF TOW WITH TOW-BOAT(S) Length Width | 25d. (Describe in Block 44.) [x] PUSHING AHEAD [ ] TOWING ASTERN [ ] TOWING ALONGSIDE [ ] MORE THAN ONE TOW-BOAT ON TOW |
|---|---|---|---|---|---|---|---|

### SECTION II. BARGE INFORMATION

| 26. Name | 26a. Official Number | 26b. Type | 26c. Length | 26d. Gross Tons | 26e. USCG Certificate of Inspection Issued at: |
|---|---|---|---|---|---|

| 26f. Year Built | 26g. [ ] SINGLE SKIN [ ] DOUBLE | 26h. Draft FWD / AFT | 26i. Operating Company |
|---|---|---|---|

| 26j. Damage Amount | 26k. Describe Damage to Barge |
|---|---|
| BARGE / CARGO / OTHER | |

PREVIOUS EDITION IS OBSOLETE

EXHIBIT 2

PAGE 2 OF CG-2692 (REV. 9-2002)

## SECTION III. PERSONNEL ACCIDENT INFORMATION

**27. Person Involved:** ☒ MALE or ☐ FEMALE; ☐ DEAD ☐ INJURED ☐ MISSING

**27a. Name (Last, First, Middle Name):** Robert P Fenton Sr

**27b. Address (City, State, Zip Code):** 221A Jessie Stockwell Rd

**27c. Status:** ☒ Crew ☐ Passenger ☐ Other

**28. Birth Date:** 8-1-70

**29. Telephone No.:** 985-750-9557

**30. Job Rating:** Pilot

**31. (Check here if off duty):** ☐

**33. Person's Time**
- A. IN THIS INDUSTRY — YEAR(S): 12  MONTH(S): 6
- B. WITH THIS COMPANY — YEAR(S): 6
- C. IN PRESENT JOB OR POSITION — YEAR(S): 3
- D. ON PRESENT VESSEL/FACILITY — 2 days
- E. HOURS ON DUTY WHEN ACCIDENT OCCURRED — 7

**34. Industry of Employer:** (blank)

**35. Was the Injured Person Incapacitated 72 Hours or More?** (blank)

**36. Date of Death:** (blank)

**37. Activity of Person at Time of Accident:** Pulling Face wire

**38. Specific Location of Accident on Vessel/Facility:** Stern of Barge

**39. Type of Accident:** Pull

**40. Resulting Injury:** (blank)

**41. Part of Body Injured:** Neck & Lower Back

**42. Equipment Involved in Accident:** Winches (Hydraulic)

**43. Specific Object, Part of the Equipment in block 42, or Substance that directly produced the injury:** Face caught on inside Button

## SECTION IV. DESCRIPTION OF CASUALTY

**44. Describe how accident occurred...:**

Trying to pull slack in face wire; to make up Boat to Barge wire got caught Pull me Ackwardly, Pain when from my neck to my legs.

**45. Witness:** Capt. Bradford Crappel 165 12th St 504-228-4682 (only)

## SECTION V. PERSON MAKING THIS REPORT

**47. Name (PRINT):** Bradford Crappel

**47b. Address:** 165 12th St, Bridge City LA

**47c. Title:** CAPTAIN

**47d. Telephone No.:** 504-228-4682

**47e. Date:** 12-6-11

**FOR COAST GUARD USE ONLY**

APPARENT CAUSE:

CASUALTY CODE A B C   INVESTIGATOR (Name)   DATE   APPROVED BY (Name)   DATE

# Advanced Medical Care and Wellness Center
56634 Bosworth Street
Slidell, Louisiana 70458
(985) 641-2222
(985) 649-3864 Fax

## INITIAL MEDICAL EVALUATION

**Date & Time Patient Seen:** 12/09/2011 14:46

**Patient's Name:** Robert Penton

**Date of Accident:** 12/06/2011

### Chief Complaints:
Mr. Penton is a very pleasant 41-year-old white male. He was working on board of a tugboat. He was attempting to adjust the cable that was in a wrench screw, which apparently was stuck; when he attempted to pull, he heard a sudden snap on his lower back area and increasing pain throughout the neck, trapezius, mid as well as lower back area with radiating pain in the right lateral aspect of his leg. He said the pain was acute and severe. He did go to the emergency room at Ochsner. He was evaluated. X-rays were taken and was discharged. He has had no fracture, but he has soft tissue injuries and was started on Flexeril, analgesic, and antiinflammatory, but he has not noticed any significant improvement. He was also diagnosed to have hypertension during a visit to the ER. He has been noncompliant with the medications secondary to being misplaced for the last three weeks. He does have a history of prior lower back problems. He had a fusion at L5 secondary to an injury, but was doing well since then 2001. He had an MRI in 2001, but no followup since then.

### Past Medical History:
Positive for hypertension, but no diabetes mellitus, renal disease, peptic ulcer disease, COPD or asthma.

### Past Surgical History:
Extensive including a splenic renal tumor removed that was benign, cholecystectomy, appendectomy, and inguinal hernia repairs.

### Allergies:
The patient has no known drug allergies.

### Current Medications:
He is on Atenolol, Lasix, Potassium, but he has not been compliant with the medications and also most recently has been on Flexeril and antiinflammatory and analgesic tablet.

### Family History:
Positive for melanoma, cerebrovascular accident, and hypertension.

### Social History:
He denies smoking or ETOH abuse.

### Occupation:
He is a pilot, tugboat.

### Physical Examination:
This is a well-developed, well-nourished, very muscular male, ambulatory and cooperative. He is 315 pounds, height 5'11", right-handed individual. Blood pressure 148/88, pulse 76, respirations normal. HEENT: Atraumatic. Eyes: PERRLA. CNS: Grossly within normal limits. Neck: Some stiffness along the base of paracervical and trapezius muscle. Some pain with flexion, extension, and lateral rotation, but negative foraminal compression. No weakness of the upper extremities.

**EXHIBIT 3**

Patient: Robert Penton
Page 2 of 2

Chest is clear. No wheezing, rales, or rhonchi. Heart: Regular rhythm and rate. Abdomen: Soft and full. No guarding, rebound, or masses noted. Increased straightening lower back with increased spasm noted throughout the paralumbar area, most prominent on the right at L3, L4, and L5. The patient has significant decreased in range of motion, flexion, extension, lateral rotation, and lateral tilting. Positive right-sided radicular symptomatologies.

### Impression:
Status post work-related injury with diffuse paracervical, trapezius, and lumbar myalgias with increased lumbar pain and spasms with right-sided sciatica symptomatology with a history of prior lower back injuries with intersegmental dysfunction.

### Recommendations:
At present, I will start him on Lodine 400 mg p.o. b.i.d., Robaxin 750 mg p.o. q.8 and Vicodin ES one p.o. q.h.s. He is strongly advised to follow up with his internal medicine doctor as soon as possible and to restart his antihypertensive medication. He is advised as to rest. We will need to obtain the records from Ochsner Westbank for review. I would like him to start conservative therapy and I will follow up in two weeks to see what progress ahs been made. If we have no significant improvement to his lower back area, we may consider further diagnostic visualization including an MRI.

### WORK STATUS:
We will place him on temporary disability secondary to the symptoms as well as the type of medication he is taking.

### Prognosis:
Guarded at the present moment. I will evaluate after two weeks of conservative therapy.

Jerome Kurpel, M.D.

Transcribed: 12/10/2011
JK/asd/pta

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

DATE: 3-16-05

## PERSONAL INFORMATION

NAME (LAST NAME FIRST): Penton, Sr. Robert R.
SS: -4507

PRESENT ADDRESS: 614 Ave D
CITY: Bogalusa
STATE: LA
ZIP CODE: 70427

PERMANENT ADDRESS: 614 Ave D
CITY: Bogalusa
STATE: LA
ZIP CODE: 70427

PHONE N°: (
REFERRED BY: Self

## EMPLOYMENT DESIRED

POSITION: Deckhand
DATE YOU CAN START: 3-16-05
SALARY DESIRED: 105. daily

ARE YOU EMPLOYED? YES [ ] NO [X]
IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? YES [ ] NO [ ]

EVER APPLIED TO THIS COMPANY BEFORE? YES [ ] NO [X]
WHERE?
WHEN?

## EDUCATION HISTORY

| | NAME & LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | Pleasent Hill Elem. Bogalusa, LA 70427 | | | |
| HIGH SCHOOL | Bogalusa High School 100 m.J. Issac Dr. Bogalusa | 4 | YES | General Studies |
| COLLEGE | Pearl River Com College Poplarville MS | 1½ | NO | Child Pschology |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL INFORMATION

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS

U.S. MILITARY OR NAVAL SERVICE
RANK

## FORMER EMPLOYERS (LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME & ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 8/04 TO 10/04 | S & W marine | 165.⁰⁰ day | Tankerman | Kidney Stones |
| FROM 4/03 TO 8/03 | Martin Gas | 162.⁰⁰ day | Tankerman | Papers were late (Dismissed) |
| FROM 7/02 TO 4/03 | Tesoro Marine | 143 day | Tankerman | Payed NSF |
| FROM 4/02 TO 7/02 | J C Towing | 160 Day | Tankerman | Lost contracts |

Adams 9661
APR 1998

APPLICATION FOR EMPLOYMENT

EXHIBIT 4

Have you ever been injured at work? Explain.

yes - lumbar fusion in 2001

Have you ever sued your previous employers? Explain.

when I was injuried; I had a 6 year old at home with no money coming in they stopped at LTD; when the Dr. Released me; they said they; their was no work for me. Since I have worked on their barges; not their boats. (S+W Marine Pushes for Kirby)

*Robert P. Peaton, Sr.*   3-16-05

Please sign and date on the line above saying that you agree to the answering of the questions above.

Please also note that a drug test must be taken when you are hired, and can be taken at anytime during your employment. This is required to be eligible to work on the boats owned by Albert & Judy, LLC. Please sign on the line below saying that you agree to this statement.

*Robert P. Peaton, Sr.*

Thank you for your gratitude.